# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ROBERT BUFORD HUDSON,<br>2. LACEY DAWN HUDSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>1. MDOW INSURANCE COMPANY,<br>　 a foreign for-profit insurance corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-648-G<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SETTLEMENT**

Comes Now the Plaintiffs, Robert Buford Hudson and Lacey Dawn Hudson, by and through their counsel of record, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter. At this time, the parties are in the process of exchanging settlement release documents and drafts. The parties respectfully request that any pending deadlines and hearing be stricken. The Plaintiffs and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 20th day of February, 2019.

-2-

        By:   /s/Michael McGrew
               Michael D. McGrew, OBA # 13167
               McGrew, McGrew & Associates
               400 N. Walker Ave., #115
               Oklahoma City, OK 73102
               Telephone: (405) 235-9909
               Facsimile: (405) 235-9929
               E-Mail:   mcgrewslaw@yahoo.com
               ATTORNEYS FOR PLAINTIFF

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 20, 2019, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

David Donchin
Andrew Gunn
Durbin, Larimore & Bialick
920 N. Harvey
Oklahoma City, OK 73102

**COUNSEL FOR DEFENDANT**

                        s/Michael D. McGrew
                        Michael D. McGrew