### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ROBERT BUFORD HUDSON,<br>2. LACEY DAWN HUDSON,<br><br>    Plaintiffs,<br><br>v.<br><br>1. MDOW INSURANCE COMPANY,<br>   a foreign for-profit insurance corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-648-G<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Robert Buford Hudson and Lacey Dawn Hudson and Defendant, MDOW Insurance Company, by and through their attorneys of record, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof. Each side is to bear its own costs and fees.

Dated this 4th day of April, 2019.

                                        Respectfully submitted,

                                        */s/ Michael D. McGrew*
                                        Michael D. McGrew (OBA #13167)
                                        McGrew, McGrew & Associates, P.C.
                                        400 N. Walker, Suite 115
                                        Oklahoma City, Oklahoma 73102
                                        405-235-9909 telephone
                                        405-235-9929 facsimile
                                        mcgrwslaw@yahoo.com
                                        *Attorney for Plaintiffs*

2

And

*s/Andrew M. Gunn\**
David B. Donchin, OBA #10783
Andrew M. Gunn, OBA #19470
DURBIN, LARIMORE & BIALICK
920 N. Harvey
Oklahoma City, OK 73102
(405) 235-9584(telephone)
(405) 235-0552 (Fax)
Email Address: dlb@dlb.net
Counsel for Defendant

**\*Submitted with permission of counsel**